AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jean Evans Tharp )  <br>*Plaintiff* ) <br>v. ) <br>Commissioner of the Social Security Administration ) <br>*Defendant* ) | Civil Action No.   9:10-cv-03276-DCN |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge Marchant and affirms the final decision of the Commissioner.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge

Date:   December 5, 2011

*CLERK OF COURT*

s/ John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*